# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D2025-2296
Lower Tribunal No. 2022-CF-008277

————————————————

REGINALD DAVEL TUCKER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Brenda P. Ramirez, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and PRATT, JJ., concur.


Reginald Davel Tucker, Jr., Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED